AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:23-mj-674
96 S. Powell Avenue, Columbus, Ohio 43204 )
Including all Outbuildings and Curtilage )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Southern___ District of ___Ohio___
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Any Available U.S. Magistrate Judge or Clerk's Office__ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __December 6, 2023  2:01PM__   _/s/ Kimberly A. Jolson_
Kimberly A. Jolson
City and state: __Columbus, Ohio__   United States Magistrate Judge

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 2:23-mj-674 | Date and time warrant executed: 12/19/2023 0700 | Copy of warrant and inventory left with: Left at residence |
|---|---|---|

Inventory made in the presence of: Paul Mills

Inventory of the property taken and name(s) of any person(s) seized:

\* See attached Delaware County Drug Task Force property inventory, from the search warrant conducted on December 19, 2023.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/02/2025

_____
Executing officer's signature

Clark Powers - HSI Special Agent
Printed name and title



# DELAWARE COUNTY
# L.E.A.P. DRUG TASK FORCE
## PROPERTY INVENTORY

Date: 12-19-23   Time: 0700   Page 1 of 1

Case Number: TFR-013-23   Suspect(s) Name: JOSE CABRERA

Location: 96 S. POWELL AVE. COLUMBUS, OH

Officer(s) at Location: KELLER, CASTRILLA, CLARK, POWERS, KRAUSS, BUTLER

| ITEM # | DESCRIPTION OF PROPERTY | LOCATION OF PROPERTY | LOCATED BY |
|---|---|---|---|
| 1 | MOTOROLA CELL PHONE BLK CASE | ROOM D/DRESSER | 62 |
| 2 | 2 MAIN FLOOR SECURITY CAMERA | ROOM A/ROOM B | 8858 |
| 3 | BLACK ANDROID CELL PHONE | ON PERSON DURING TRAFFIC STOP | 29 |
| 4 | BROWN LEATHER WALLET ? CONTENTS | ON PERSON | 1436 |
| *3 | #3 KEPT PULLED IN AT DTF FOR ANALYSIS/SW. TO GO TO ONIC FED. W. | | |

X _____CEFT @ RESIDENCE_____
Signature of person from whom or from whose premises the property is seized